**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| INTEGRAND ASSURANCE COMPANY,<br><br>      Plaintiff,<br>  v.<br><br>EVEREST REINSURANCE COMPANY; ODYSSEY REINSURANCE COMPANY; CATLIN (XL CATLIN) UNDERWRITING INC., MIAMI ON BEHALF OF LLOYD'S SYNDICATE 2003, LONDON; SWISS REINSURANCE AMERICA CORPORATION ARMONK; ALLIED WORLD RE ON BEHALF OF LLOYD'S SYNDICATE 2232, LONDON; MS AMLIN P/C; ASPEN INSURANCE UK LIMITED TRADING AS ASPEN RE LONDON, ENGLAND; LIBERTY SPECIALTY SERVICES LTD LIB 4472, PARIS OFFICE UNDERWRITING FOR AND ON BEHALF OF LLOYD'S SYNDICATE NO. 4472,<br><br>      Defendants. | CASE NO. 19-cv-01111 (DRD)<br><br>RE: INJUNCTION AND DAMAGES FOR VIOLATION OF ANTITRUST LAWS; INSURANCE CODES; UNFAIR COMPETITION; DECLARATORY JUDGMENT; BREACH OF CONTRACT; COLLECTION OF MONEY AND DAMAGES |

**EXHIBIT A**

**CODEFENDANT ODYSSEY REINSURANCE COMPANY'S**
**MOTION AND MEMORANDUM OF LAW REQUESTING**
**DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST**
**ODYSSEY REINSURANCE COMPANY AND COMPELLING**
<u>**THE IMMEDIATE ARBITRATION OF ALL SUCH CLAIMS**</u>

**COURT OF ARBITRATION**

| | |
|---|---|
| INTEGRAND ASSURANCE COMPANY<br><br>    Claimant<br><br>vs.<br><br><br>ODYSSEY REINSURANCE COMPANY<br><br>    Respondent | Case No.<br><br>BREACH OF CONTRACT;<br>COLLECTION OF MONIES<br>AND DAMAGES |

**DEMAND FOR ARBITRATION**

**TO THE HONORABLE COURT OF ARBITRATIONS:**

**COMES NOW**, Claimant, Integrand Assurance Company ("Integrand"), through its undersigned counsel, and respectfully alleges and prays:

1. This Court of Arbitration has jurisdiction and venue in San Juan, Puerto Rico pursuant to the Covenant to arbitrate disputes contained in the Reinsurance Agreements No. B110817IB11061 and B110817IB11062, as amended, effective May 1, 2017 (the "Reinsurance Agreements") entered into by and between Integrand and Respondent Odyssey Reinsurance Company ("Odyssey").

2. Also pursuant to the express terms and conditions of the Reinsurance Agreements, Odyssey is obligated to immediately pay its share of all loss settlements made by Integrand on account of claims made by policyholders in connection with personal and

Integrand Assurance Company vs.
Odyssey Reinsurance Company
Demand for Arbitration
Page No. 2

commercial catastrophe excess losses resulting from damages caused by Hurricane Irma, which struck Puerto Rico on September 6, 2017.

3. Integrand has provided Odyssey with all notices of loss and settlements, supporting documents and borderau of unsettled losses.

4. All claimed loss settlements are within the terms and conditions of the original policies and within the terms and conditions of the Reinsurance Agreements.

5. Despite having acknowledged receipt of all loss notifications and settlements, Odyssey has arbitrarily, and in concert with other reinsurance companies, refused to honor the cash calls made by Integrand which total $4,078,304.

6. In addition to the aforesaid amount owed under the Reinsurance Agreements, Odyssey's willful refusal to pay has caused severe consequential damages to Integrand, which at this time cannot be calculated, but which in any event will exceed the sum of $1,000,000.

**WHEREFORE,** Integrand respectfully requests the Court of Arbitration to enter an award in Integrand's favor and against Odyssey for the sum of $4,078,304, plus legal interest and for an amount yet unspecified of damages, plus costs and attorney's fees.

In San Juan, Puerto Rico, this 5th day of December, 2018.

Integrand Assurance Company vs.
Odyssey Reinsurance Company
Demand for Arbitration
Page No. 3

 

**PIETRANTONI MENDEZ & ALVAREZ LLC**
Banco Popular Center, 19th Floor
208 Ponce de León Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 274-1212
Facsimile: (787) 274-1470

JORGE I. PEIRATS
USDC No. 201409
jpeirats@pmalaw.com