**Subject:** Integrand Assurance Company - Allied World Re Syndicate 2232
**Date:** Monday, March 4, 2019 at 4:25:41 PM Atlantic Standard Time
**From:** Eppinger, Raymond
**To:** Pedro Jimenez

Dear Mr. Jimenez:

This will confirm that Allied World Re on Behalf of Lloyd's Syndicate 2232 ("Allied") consents to the removal of the lawsuit filed by Integrand Assurance Company in Puerto Rico against Allied and several other reinsurance companies from the Court of the Commonwealth of Puerto Rico to the United States District Court for the District of Puerto Rico, Case No. 19-CV-0111 (DRD).  You are authorized to inform the United States District Court of such consent.

Regards,


**Ray Eppinger, CPCU, ARe, ARM, AIC**
**Vice President & Global Head of Reinsurance Claims**
**Allied World Reinsurance Company**
**199 Water Street, 25th Floor**
**New York, NY 10038**

**Tel: (212) 635-3931/(646) 794-0719**
**Fax: (212) 635-5532**
**Cell: (347) 583-0343**

The information contained in this e-mail and any attachments hereto is confidential. If you are not the intended recipient, you must not use or disseminate any of this information. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and permanently delete the original e-mail (and any attachments hereto) and any copies or printouts thereof. Although this e-mail and any attachments hereto are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Allied World Assurance Company Holdings, GmbH or its subsidiaries or affiliates, either jointly or severally, for any loss or damage arising in any way from its use.