IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Integrand Assurance Company,** Plaintiff,<br><br>v.<br><br>**Everest Reinsurance Company et al.,**<br><br>Defendants. | Civil No. 19-1111 (DRD) |

## JUDGMENT

Pursuant to the Court's *Opinion and Order* (Docket No. 140) granting Defendants' *Motions to dismiss* (Docket Nos. 10, 36, 56, 68, & 72), the Court hereby enters a final judgment **DISMISSING THE INSTANT CASE WITHOUT PREJUDICE.** The parties are ordered to proceed to arbitration of the disputes forthwith in accordance with the terms of the arbitration provision.

**THIS CASE IS NOW CLOSED FOR ALL ADMINISTRATIVE AND STATISTICAL PURPOSES.**

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

In San Juan, Puerto Rico this 5th day of December, 2019.

*/s/ Daniel R. Dominguez*
Senior U.S. District Judge